UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KINGMAN HOLDINGS, LLC<br>Plaintiff | *<br>*<br>* | CIVIL ACTION NO.: 2:23-cv-4525<br>*c/w* NO.: 2:24-cv-875 |
| VERSUS | *<br>* | JUDGE IVAN L.R. LEMELLE |
| BLACKBOARD INSURANCE COMPANY<br>Defendant | *<br>*<br>* | <br>MAG. DONNA PHILLIPS CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON REMEDIATION DAMAGES BY DEFENDANT, BLACKBOARD INSURANCE COMPANY**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Blackboard Insurance Company ("Blackboard" or "Defendant"), which respectfully moves this Honorable Court for partial summary judgment pursuant to Federal Rule of Civil Procedure 56. As more fully set forth in the accompanying Memorandum in Support and Statement of Uncontested Material Facts, Blackboard is entitled to partial summary judgment declaring that no further amounts are due under the policy at issue for remediation or mitigation expenses as all amounts due were previously been paid by Blackboard.

The following exhibits are offered, filed, and introduced into evidence in support of the Motion for Partial Summary Judgment:

| | |
|---|---|
| Exhibit "A": | Sedgwick Report dated 10/18/2021 |
| Exhibit "B" | ARS Demand Letter |
| Exhibit "C" | Email chain dated 10/19/2022 |
| Exhibit "D" | JS Held analysis of remediation documentation |
| Exhibit "E" | Sedgwick payment draft No. 137381407 dated August 7, 2023 |
| Exhibit "F" | JS Held Report dated July 22, 2024 |

**WHEREFORE,** defendant, Blackboard Insurance Company, respectfully prays that after due proceedings, this Honorable Court issue a judgment in favor of defendant, Blackboard Insurance Company, declaring that plaintiffs are unable to recover any other amounts for mitigation expenses; and, for all general and equitable relief as the nature of the case may permit.

Respectfully submitted,

*/s/Tara E. Clement*

ROBERT I. SIEGEL (Bar No. 12063)
TARA E. CLEMENT (Bar No. 27406)
LINDA E. GONZALES (Bar. No. 35149)
**LABORDE SIEGEL, LLC**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011
Email: rsiegel@labordesiegel.com
tclement@labordesiegel.com
lgonzales@labordesiegel.com
*Counsel for Defendant, Blackboard Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of April 2025, served a copy of the foregoing **Motion for Partial Summary Judgment on Remediation Damages** with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/Tara E. Clement*

TARA E. CLEMENT