UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KINGMAN HOLDINGS, LLC<br>Plaintiff | *<br>* | CIVIL ACTION NO.: 2:23-cv-4525<br>*c/w* NO.: 2:24-cv-875 |
| | * | |
| VERSUS | * | JUDGE IVAN L.R. LEMELLE |
| | * | |
| BLACKBOARD INSURANCE COMPANY<br>Defendant | *<br>* | MAG. DONNA PHILLIPS CURRAULT |
| | * | |
| * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * |

**DEFENDANT'S MOTION TO EXCLUDE OR LIMIT**
**TESTIMONY OF RAY GONZALES**

**NOW INTO COURT** comes Defendant, Blackboard Insurance Company (hereinafter "Blackboard"), through undersigned counsel, and respectfully requests that this Court preclude Ray Gonzales, ("Gonzales") from offering unreliable expert testimony in this matter. Plaintiff Kingman Holdings, LLC ("Kingman") recently produced expert disclosures for Gonzales consisting of improper opinions and assertions without reasoning or basis. Because Gonzales's opinions are unreliable and will not assist the trier of fact, his proposed expert testimony should be excluded, or in the alternative, limited at trial.

Accordingly, for these reasons and those set forth in the Memorandum of Support filed contemporaneously herewith, Defendant is entitled to an Order excluding or limiting Gonzales's expert testimony at trial.

**WHEREFORE,** Defendant Blackboard respectfully prays that, this Motion be granted and that this Court issue an Order excluding or limiting the expert testimony of Gonzales at trial.

Respectfully submitted,

*/s/Tara E. Clement*
ROBERT I. SIEGEL (Bar No. 12063)
TARA E. CLEMENT (Bar No. 27406)
LINDA E. GONZALES (Bar. No. 35149)
**LABORDE SIEGEL, LLC**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011
Email: rsiegel@labordesiegel.com
tclement@labordesiegel.com
lgonzales@labordesiegel.com
*Counsel for Defendant, Blackboard Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of April, 2025, served a copy of the foregoing Motion with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/Tara E. Clement*
TARA E. CLEMENT