**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KINGMAN HOLDINGS, LLC,** | * | **CASE NO. 2:23-cv-4525** |
| | * | |
| ***Plaintiff,*** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: IVAN L.R. LEMELLE** |
| | * | |
| **BLACKBOARD INSURANCE, COMPANY** | * | **MAGISTRATE: DONNA CURRAULT** |
| | * | |
| | * | |
| ***Defendant.*** | * | |
| | * | |

**PLAINTIFF'S MOTION IN LIMINE TO STRIKE THE REPORT AND/OR TESTIMONY OF MICHAEL FOGLE OF J.S. HELD**

**NOW INTO COURT**, Plaintiff, Kingman Holdings, LLC through undersigned counsel, respectfully moves this Court to exclude, or in the alternative, to substantially limit the testimony of Michael Fogle ("Fogle"), a witness proffered as an expert by Defendant, Blackboard Insurance Company ("Blackboard"). As set forth more fully in the accompanying Memorandum in Support, Plaintiff requests that this Court exercise its gatekeeping function to strike Fogle from testifying at the trial of this matter, because Fogle's testimony does not satisfy the requirements of F.R.E. 702, nor can it assist the trier of fact. Accordingly, Fogle's testimony should be excluded. In support of this motion, Plaintiff submits the following exhibits:

WHEREFORE, Plaintiff, Kingman Holdings, LLC respectfully moves this Court to enter an Order excluding the report and opinions of Michael Fogle from evidence and precluding him from testifying at the trial of this matter.

*(Signature of Counsel on the Following Page)*

Respectfully submitted,

***IRPINO, AVIN & HAWKINS LAW FIRM***

**ANTHONY D. IRPINO (#24727)**
**J. REED POOLE, JR. (#34034), T.A.**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
Email: airpino@irpinolaw.com
rpoole@irpinolaw.com